UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
JACKIE LEFLER and FRED SALMO, on Behalf       )
of Themselves and All Others Similarly Situated )
                                              )
      Plaintiffs,                             )
                                              )
  v.                                          )   C.A. No. 05-10065 (PBS)
                                              )
DOUGLAS A. HACKER, JANET LANGFORD            )
KELLY, RICHARD W. LOWRY, CHARLES R.           )
NELSON, JOHN J. NEUHAUSER, PATRICK            )
J. SIMPSON, THOMAS E. STITZEL,                )
THOMAS C. THEOBALD, ANNE-LEE                  )
VERVILLE, RICHARD L. WOOLWORTH,               )
MARGARET EISER, LEO A. GUTHART,               )
JEROME KAHN, JR., STEVEN N. KAPLAN,           )
DAVID C. KLEINMAN, ALLAN B. MUCHIN,           )
ROBERT E. NASON, JOHN A. WING,                )
WILLIAM E. MAYER, CHARLES P.                  )
MCQUAID, RALPH WANGER, COLUMBIA               )
MANAGEMENT GROUP, INC., COLUMBIA              )
MANAGEMENT ADVISORS, INC.,                    )
COLUMBIA WANGER ASSET                         )
MANAGEMENT, LP, and JOHN DOES NO. 1           )
through 100,                                  )
                                              )
      Defendants.                            )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Frances S. Cohen of Dechert LLP for the defendants COLUMBIA

MANAGEMENT ADVISORS, INC., COLUMBIA WANGER ASSET MANAGEMENT, L.P.

Dated: February 8, 2005

                                            /s/ Frances S. Cohen
                                            DECHERT LLP
                                            Frances S. Cohen (BBO #542811)
                                            200 Clarendon Street, 27th Floor
                                            Boston, MA 02116
                                            (617) 728-7100
                                            (617) 426-6567 (fax)

Arnon D. Siegel
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 261-3300
(202) 261-3333 (fax)

Adam J. Wasserman
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500
(212) 698-3599 (fax)

**CERTIFICATE OF SERVICE**

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 8th day of February, 2005.

                                              /s/ Frances S. Cohen
                                              Frances S. Cohen