UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
JACKIE LEFLER and FRED SALMO, on Behalf )
of Themselves and All Others Similarly Situated )
)
     Plaintiffs, )
)
    v. )  C.A. No. 05-10065 (PBS)
)
DOUGLAS A. HACKER, JANET LANGFORD )
KELLY, RICHARD W. LOWRY, CHARLES R. )
NELSON, JOHN J. NEUHAUSER, PATRICK )
J. SIMPSON, THOMAS E. STITZEL, )
THOMAS C. THEOBALD, ANNE-LEE )
VERVILLE, RICHARD L. WOOLWORTH, )
MARGARET EISER, LEO A. GUTHART, )
JEROME KAHN, JR., STEVEN N. KAPLAN, )
DAVID C. KLEINMAN, ALLAN B. MUCHIN, )
ROBERT E. NASON, JOHN A. WING, )
WILLIAM E. MAYER, CHARLES P. )
MCQUAID, RALPH WANGER, COLUMBIA )
MANAGEMENT GROUP, INC., COLUMBIA )
MANAGEMENT ADVISORS, INC., )
COLUMBIA WANGER ASSET )
MANAGEMENT, LP, and JOHN DOES NO. 1 )
through 100, )
)
     Defendants. )
_____)

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

     Defendants Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, LP, by their attorneys, hereby move with the assent of the Plaintiffs, to extend their time to answer, move, or otherwise respond to the Complaint to up to and including March 14, 2005. As grounds for their motion, Defendants Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, LP submit that they require this additional time to investigate Plaintiffs' claims.

Defendants Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, LP further request, with the assent of the Plaintiffs, that any other defendant served or subsequently served in the above-referenced action have at least until March 14, 2005 to answer, move, or otherwise respond to the Complaint.

WHEREFORE, Defendants Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, LP request that their motion be allowed, that their time to answer, move, or otherwise respond to the Complaint be extended up to and including March 14, 2005, that any other defendant served or subsequently served in the above-referenced action have at least until March 14, 2005 to answer, move, or otherwise respond to the Complaint, and that this Court grant them such other and further relief as it deems just and proper.

Dated: February 8, 2005

COLUMBIA MANAGEMENT ADVISORS, INC.
and COLUMBIA WANGER ASSET
MANAGEMENT, LP

By their attorneys,

/s/ Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO #542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
(617) 426-6567 (fax)

Arnon D. Siegel
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 261-3300
(202) 261-3333 (fax)

Adam J. Wasserman
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500
(212) 698-3599 (fax)

270048.1.BOSHRTHAR_49

       JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated

By their attorneys,

/s/ David Pastor
GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7840 (fax)

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 521-3605
(214) 520-1181 (fax)

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Drive, Suite 200
Little Rock, AK 72212
(501) 312-8500
(501) 312-8505 (fax)

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I hereby certify that counsel for Defendants Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, LP conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the Plaintiffs has assented to this motion.

                                                    /s/ Frances S. Cohen
                                                       Frances S. Cohen

Dated: February 8, 2005

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 8th day of February, 2005.

                                                    /s/ Frances S. Cohen
                                                       Frances S. Cohen