IN THE
UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7 P 3: 04

US DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JACKIE LEFLER, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> DOUGLAS A HACKER, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br> CAUSE NO. 05-10065PBS <br><br> DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT. |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of January, 2005, at 12:06 PM**, at the address of **1 EAST Avenue, ROCHESTER, Monroe** County, **NY**; this declarant served the above described documents upon **COLUMBIA MANAGEMENT ADVISORS, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Thomas Bellave-Corp. Sec. Ofc., W/M, 5'10, 225lbs.black hair. c/o James Knauf, Regional Mgr.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of __NEW YORK__ that the statement above is true and correct.

DATED this **21st day of January, 2005**.

_Francis J. Kirk_
Francis J. Kirk, Reg. # n/a, Monroe/New York

| ABC's Client Name <br> **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3633655 |
|---|---|---|

_Kristina A. Sgueglia_

KRISTINA A. SGUEGLIA
Notary Public, State of New York
Qualified in Monroe County
My Commission Expires 2/26/07