UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JACKIE LEFLER and FRED SALMO, on Behalf )
of Themselves and All Others Similarly Situated )
)
Plaintiffs, )
)
v. ) C.A. No. 05-10065 (PBS)
)
DOUGLAS A. HACKER, JANET LANGFORD )
KELLY, RICHARD W. LOWRY, CHARLES R. )
NELSON, JOHN J. NEUHAUSER, PATRICK )
J. SIMPSON, THOMAS E. STITZEL, )
THOMAS C. THEOBALD, ANNE-LEE )
VERVILLE, RICHARD L. WOOLWORTH, )
MARGARET EISER, LEO A. GUTHART, )
JEROME KAHN, JR., STEVEN N. KAPLAN, )
DAVID C. KLEINMAN, ALLAN B. MUCHIN, )
ROBERT E. NASON, JOHN A. WING, )
WILLIAM E. MAYER, CHARLES P. )
MCQUAID, RALPH WANGER, COLUMBIA )
MANAGEMENT GROUP, INC., COLUMBIA )
MANAGEMENT ADVISORS, INC., )
COLUMBIA WANGER ASSET )
MANAGEMENT, LP, and JOHN DOES NO. 1 )
through 100, )
)
Defendants. )

---

## INFORMATIVE MOTION

This motion is to inform the Court regarding the withdrawal for the request for the MDL as per the attached order.

Dated: February 8, 2005

*Frances S. Cohen*
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

270072.1.BOSHRTHAR_49

Arnon D. Siegel
DECHERT LLP
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 261-3300

Adam J. Wasserman
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
(212) 698-3500

*Attorneys for the defendants Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, LP*

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 8th day of February, 2005.

*Frances S. Cohen*
Frances S. Cohen

270072.1.BOSHRTHAR_49

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1678

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS CLASS SETTLEMENTS PARTICIPATION LITIGATION

### ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion by defendant Franklin Advisers, Inc., seeking centralization, pursuant to 28 U.S.C. § 1407, of the 31 actions listed on the attached Schedule A in the Northern District of California for coordinated or consolidated pretrial proceedings. The moving defendant now seeks to withdraw its Section 1407 motion.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE A

### MDL-1678 -- In re Mutual Funds Class Settlements Participation Litigation

#### Central District of California

*Charles Mutchka, et al. v. Brent R. Harris, et al.*, C.A. No. 8:05-34

#### Northern District of California

*Frieda Barnes, et al. v. Dawn G. Lepore, et al.*, C.A. No. 3:05-152
*E.P. Brignac, et al. v. Harry R. Hagey, et al.*, C.A. No. 3:05-153
*B.E. Binford, et al. v. Frank H. Abbott, et al.*, C.A. No. 3:05-155
*Fayetta James, et al. v. Robert C. Brown, et al.*, C.A. No. 4:05-154

#### District of Colorado

*Lucy Davis, et al. v. Thomas H. Bailey, et al.*, C.A. No. 1:05-42

#### Northern District of Illinois

*Gorman L. Dull, et al. v. David C. Arch, et al.*, C.A. No. 1:05-140
*Robert McDermott, et al. v. John P. Calamos, Sr., et al.*, C.A. No. 1:05-141
*James T. Griffin v. Peter S. Voss, et al.*, C.A. No. 1:05-142
*James Jacobs v. Robert P. Bremmer, et al.*, C.A. No. 1:05-143

#### District of Massachusetts

*Brack Collins, et al. v. Robert J. Manning, et al.*, C.A. No. 1:05-10059
*Richard Chambers, et al. v. John A. Hill, et al.*, C.A. No. 1:05-10061
*William Stegall v. Charles L. Ladner, et al.*, C.A. No. 1:05-10062
*David Emblad v. Ronald E. Logue, et al.*, C.A. No. 1:05-10063
*Lyndy Stoker, et al. v. James B. Hawkes, et al.*, C.A. No. 1:05-10064
*Jackie Lefler, et al. v. Douglas A. Hacker, et al.*, C.A. No. 1:05-10065

#### District of New Jersey

*William Johns, et al. v. Arthur Zeikel, et al.*, C.A. No. 2:05-206

-2-

MDL-1678 Schedule A (Continued)

### Southern District of New York

*Miguel Rivera v. William Carmichael, et al.*, C.A. No. 1:05-290
*Jeanne Masden, et al. v. Henry M. Paulson, Jr., et al.*, C.A. No. 1:05-291
*Jack Prichard, et al. v. William L. Armstrong, et al.*, C.A. No. 1:05-293
*Jimmie H. Fort, et al. v. Paul R. Ades, et al.*, C.A. No. 1:05-294
*Frank Polivka v. Walter E. Auch, et al.*, C.A. No. 1:05-297
*Frank Polivka v. Robert B. Catell, et al.*, C.A. No. 1:05-298
*Carrol B. Montgomery, et al. v. Ronald Baron, et al.*, C.A. No. 1:05-299
*George McWilliams, et al. v. Mario J. Gabelli, et al.*, C.A. No. 1:05-300
*Billy Hudson, et al. v. Arne H. Carlson, et al.*, C.A. No. 1:05-301
*David Hoppe, et al. v. Jeffrey B. Lane, et al.*, C.A. No. 1:05-302

### Eastern District of Pennsylvania

*Caroline Hamilton, et al. v. Charles E. Allen, et al.*, C.A. No. 2:05-110
*B.E. Binford, et al. v. John J. Brennan*, C.A. No. 2:05-112
*Norman Beugli, et al. v. John F. Donahue, et al.*, C.A. No. 2:05-114

### Northern District of Texas

*Avo Hogan, et al. v. Bob R. Baker, et al.*, C.A. No. 3:05-73