UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER, ET AL., | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO. 05-10065PBS |
| vs. DOUGLAS A HACKER, ET AL., | AFFIDAVIT OF SERVICE OF: SUMMONS AND COMPLAINT |
| Defendant/Respondent | |

FILED
IN CLERKS OFFICE

2005 FEB 14  P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of January, 2005, at 10:41 AM**, at the address of **227 W MONROE Street SUITE 3000, CHICAGO, Cook County, IL** ; this affiant served the above described documents upon **COLUMBIA WANGER ASSET MANAGEMENT, LP**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SUSAN RUTH, DIRECTOR OF FACILITIES MANAGEMENT**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Illinois_ that the statement above is true and correct.

**WILLIAM E. JACKSON**

SUBSCRIBED AND SWORN to before me this 24th day of January, 2005

NOTARY PUBLIC in and for the State of **Illinois**

OFFICIAL SEAL
DAVID S HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/10/08

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3633659