UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DOUGLAS A. HACKER, JANET LANGFORD KELLY, RICHARD W. LOWRY, CHARLES R. NELSON, JOHN J. NEUHAUSER, PATRICK J. SIMPSON, THOMAS E. STITZEL, THOMAS C. THEOBALD, ANNE-LEE VERVILLE, RICHARD L. WOOLWORTH, MARGARET EISER, LEO A. GUTHART, JEROME KAHN, JR., STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN, ROBERT E. NASON, JOHN A. WING, WILLIAM E. MAYER, CHARLES P. MCQUAID, RALPH WANGER, COLUMBIA MANAGEMENT GROUP, INC., COLUMBIA MANAGEMENT ADVISORS, INC., COLUMBIA WANGER ASSET MANAGEMENT, LP, and JOHN DOES NO. 1 through 100,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>Case No. 05-10065 (PBS) |

**NOTICE OF DISMISSAL OF COLUMBIA WANGER
ASSET MANAGEMENT, LP, MARGARET EISER, LEO A. GUTHART, JEROME
KAHN, JR., STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN,
ROBERT E. NASON, JOHN A. WING, CHARLES P. MCQUAID
AND RALPH WANGER**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss COLUMBIA WANGER ASSET

MANAGEMENT, LP, MARGARET EISER, LEO A. GUTHART, JEROME KAHN, JR.,

STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN, ROBERT E. NASON,

JOHN A. WING, CHARLES P. MCQUAID and RALPH WANGER, as parties to this action which has not been certified as a class action, as well as all of the claims against any remaining defendants directly relating to Funds advised by Columbia Wanger Asset Management, LP. This dismissal is without prejudice.

Dated: April 19, 2005.                                             Respectfully submitted,

/s/David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7841 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax