UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS A. HACKER, JANET LANGFORD KELLY, RICHARD W. LOWRY, CHARLES R. NELSON, JOHN J. NEUHAUSER, PATRICK J. SIMPSON, THOMAS E. STITZEL, THOMAS C. THEOBALD, ANNE-LEE VERVILLE, RICHARD L. WOOLWORTH, MARGARET EISER, LEO A. GUTHART, JEROME KAHN, JR., STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN, ROBERT E. NASON, JOHN A. WING, WILLIAM E. MAYER, CHARLES P. MCQUAID, RALPH WANGER, COLUMBIA MANAGEMENT GROUP, INC., COLUMBIA MANAGEMENT ADVISORS, INC., COLUMBIA WANGER ASSET MANAGEMENT, LP, and JOHN DOES NO. 1 through 100,<br><br>Defendants. | C.A. No. 05-10065 (PBS) |

**THIRD ASSENTED TO MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Columbia Management Advisors, Inc., by its attorneys, hereby moves with the assent of the Plaintiffs, to extend their time to answer, move, or otherwise respond to the Complaint to up to and including May 31, 2005. As grounds for their motion, Defendant Columbia Management Advisors, Inc. submits that it requires this additional time to investigate Plaintiffs' claims.

Defendant Columbia Management Advisors, Inc. further requests, with the assent of the Plaintiffs, that any other defendant served or subsequently served in the above-referenced action have at least until May 31, 2005 to answer, move, or otherwise respond to the Complaint.

WHEREFORE, Defendant Columbia Management Advisors, Inc. requests that its motion be allowed, that its time to answer, move, or otherwise respond to the Complaint be extended up to and including May 31, 2005, that any other defendant served or subsequently served in the above-referenced action have at least until May 31, 2005 to answer, move, or otherwise respond to the Complaint, and that this Court grant such other and further relief as it deems just and proper.

COLUMBIA MANAGEMENT ADVISORS, INC.

By its attorneys,

/s/ Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO # 542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100 (phone) | (617) 426-6567 (fax)

Adam J. Wasserman
30 Rockefeller Plaza
New York, NY 10112-2200 |
(212) 698-3500 (phone) | (212) 698-3599 (fax)

JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated

By their attorneys,

/s/ David Pastor
GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850 (phone) | (781) 231-7840 (fax)

>Randall K. Pulliam
>BARON & BUDD, P.C.
>3102 Oak Lawn Avenue, Suite 1100
>Dallas, TX 75219-4281
>(214) 521-3605 (phone) | (214) 520-1181 (fax)
>
>J. Allen Carney
>Hank Bates
>CAULEY BOWMAN CARNEY & WILLIAMS, LLP
>11311 Arcade Drive, Suite 200
>Little Rock, AK 72212
>(501) 312-8500 (phone) | (501) 312-8505 (fax)

Dated: April 22, 2005

## Local Rule 7.1(A)(2) Certification

I hereby certify that counsel for Defendant Columbia Management Advisors, Inc. conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the Plaintiffs has assented to this motion.

>/s/ Frances S. Cohen
>Frances S. Cohen

Dated: April 22, 2005

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 22nd day of April, 2005.

>/s/ Frances S. Cohen
>Frances S. Cohen