UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
JACKIE LEFLER and FRED SALMO, on Behalf     )
of Themselves and All Others Similarly Situated )
                                            )   C.A. No. 05-10065 (PBS)
            Plaintiffs,                     )
                                            )
      v.                                    )
                                            )
DOUGLAS A. HACKER, JANET LANGFORD           )
KELLY, RICHARD W. LOWRY, CHARLES R.         )
NELSON, JOHN J. NEUHAUSER, PATRICK          )
J. SIMPSON, THOMAS E. STITZEL,              )
THOMAS C. THEOBALD, ANNE-LEE                )
VERVILLE, RICHARD L. WOOLWORTH,             )
MARGARET EISER, LEO A. GUTHART,             )
JEROME KAHN, JR., STEVEN N. KAPLAN,         )
DAVID C. KLEINMAN, ALLAN B. MUCHIN,         )
ROBERT E. NASON, JOHN A. WING,              )
WILLIAM E. MAYER, CHARLES P.                )
MCQUAID, RALPH WANGER, COLUMBIA             )
MANAGEMENT GROUP, INC., COLUMBIA            )
MANAGEMENT ADVISORS, INC.,                  )
COLUMBIA WANGER ASSET                       )
MANAGEMENT, LP, and JOHN DOES NO. 1         )
through 100,                                )
            Defendants.                     )
_____)

**FOURTH ASSENTED-TO MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Columbia Management Advisors, Inc. files this assented-to motion, to extend the time to answer, move, or otherwise respond to the Complaint to up to and including July 22, 2005. As grounds for this motion, Defendant Columbia Management Advisors, Inc. submits that it requires this additional time to investigate Plaintiffs' claims and to explore the possibility of resolving this case without the need for further litigation.

Defendant Columbia Management Advisors, Inc. further requests, with the assent of the Plaintiffs, that any other defendant served or subsequently served in the above-referenced action have at least until July 22, 2005 to answer, move, or otherwise respond to the Complaint.

WHEREFORE, Defendant Columbia Management Advisors, Inc. requests that its motion be allowed, that its time to answer, move, or otherwise respond to the Complaint be extended up to and including July 22, 2005, that any other defendant served or subsequently served in the above-referenced action have at least until July 22, 2005 to answer, move, or otherwise respond to the Complaint, and that this Court grant such other and further relief as it deems just and proper.

COLUMBIA MANAGEMENT ADVISORS, INC.

By its attorneys,

/s/ Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO # 542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100 (phone) | (617) 426-6567 (fax)

Adam J. Wasserman
30 Rockefeller Plaza
New York, NY  10112-2200 |
(212) 698-3500 (phone) | (212) 698-3599 (fax)

JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated

By their attorneys,

/s/ David Pastor
GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
60 State Street, 37th Floor
Boston, MA 02109
(617) 742-9700 (phone) | (617) 742-9701 (fax)

        Randall K. Pulliam
        BARON & BUDD, P.C.
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX  75219-4281
        (214) 521-3605 (phone) | (214) 520-1181 (fax)

        J. Allen Carney
        Hank Bates
        CAULEY BOWMAN CARNEY & WILLIAMS, LLP
        11311 Arcade Drive, Suite 200
        Little Rock, AK  72212
        (501) 312-8500 (phone) | (501) 312-8505 (fax)

Dated:  May 24, 2005

**Local Rule 7.1(A)(2) Certification**

      I hereby certify that counsel for Defendant Columbia Management Advisors, Inc. conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the Plaintiffs has assented to this motion.

Dated:  May 24, 2005                                    /s/ Frances S. Cohen
                                                              Frances S. Cohen

**CERTIFICATE OF SERVICE**

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 24th day of May, 2005.

                                                                             /s/ Frances S. Cohen
                                                                             Frances S. Cohen