UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>COLUMBIA MANAGEMENT GROUP, INC. AND COLUMBIA MANAGEMENT ADVISORS, INC., ET AL.,<br><br>      Defendants. | C.A. No. 05-10065 PBS |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS COLUMBIA MANAGEMENT GROUP, INC. AND COLUMBIA MANAGEMENT ADVISORS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Columbia Management Group, Inc. and Columbia Management Advisors, Inc. state that they are non-governmental corporate parties.

Effective June 15, 2005, Columbia Management Group, Inc. converted into a Delaware limited liability company. It is now known as Columbia Management Group, LLC. Columbia Management Group, LLC is a wholly owned subsidiary of Bank of America, NA, which is not a publicly held corporation. Bank of America, NA's ultimate parent company is Bank of America Corporation, a publicly held corporation.

Columbia Management Advisors, Inc. is wholly owned by Columbia

Management Group, LLC, whose corporate ownership structure is described above.

_Frances S. Cohen_

Frances S. Cohen
Erica L. Hovani
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
Phone:  (617) 728-7100
Fax:      (617) 426-6567

*Counsel for Defendants Columbia Management
Group, Inc. (n/k/a "Columbia Management
Group, LLC") and Columbia Management
Advisors, Inc.*

Of Counsel:
Adam J. Wasserman
DECHERT LLP
30 Rockefeller Plaza
New York, NY  10112-2200
Phone:  (212) 698-3500
Fax:      (212) 698-3599

Dated:  July 22, 2005

## CERTIFICATE OF SERVICE

I, Erica L. Hovani, hereby certify that I caused a true copy of the Rule 7.1 Disclosure Statement of Defendants Columbia Management Group, Inc. And Columbia Management Advisors, Inc. to be served, on the 22nd day of July, 2005, upon the following attorneys for the plaintiff by the method indicated below:

    David Pastor
    Gilman and Pastor LLP
    60 State Street
    37th Floor
    Boston, Massachusetts  02109-1800
    (By Federal Express)

    Randall K. Pulliam, Esq.
    Baron & Budd, P.C.
    3102 Oak Lawn Avenue
    Suite 1100
    Dallas, Texas  75219-4281
    (By Federal Express)

    J. Allen Carney, Esq.
    Cauley Bowman Carney & Williams, LLP
    11311 Arcade Drive
    Suite 200
    Little Rock, Arkansas  72212
    (By Federal Express)

*Attorneys for the Plaintiff*

                                                    _____
                                                    Erica L. Hovani

Dated July 22, 2005