UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA MANAGEMENT GROUP, INC. AND COLUMBIA MANAGEMENT ADVISORS, INC., ET AL.,<br><br>Defendants. | C.A. No. 05-10065 PBS |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES IN SUPPORT OF THEIR MOTION TO DISMISS

Pursuant to Local Rule 7.1(B)(4), Defendants Columbia Management Group, Inc. (n/k/a "Columbia Management Group, LLC") and Columbia Management Advisors, Inc. (collectively, the "Columbia Management Defendants") move for leave to file a brief in excess of twenty pages in support of their Motion to Dismiss. The plaintiffs have assented to this motion.

As grounds for their motion, the Columbia Management Defendants state that due to the complexity of the issues it was necessary to prepare a brief 38 pages in length in support of their motion to dismiss. The Complaint filed by the Plaintiffs in this matter includes 19 pages of allegations asserting five separate counts against the Columbia Management Defendants. The Columbia Management Defendants must thoroughly respond to the allegations, and each count requires discussion and argument by the Columbia Management Defendants in support of their Motion to Dismiss.

9873566.1.LITIGATION

WHEREFORE, the Columbia Management Defendants request that their motion be allowed, and their 38 page memorandum in support of their motion to dismiss be accepted for filing, and for such other and further relief as this Court deems just and proper.

*/s/ Frances S. Cohen*
Frances S. Cohen
Erica L. Hovani
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax:    (617) 426-6567

*Counsel for Defendants Columbia Management Group, Inc. (n/k/a Columbia Management Group, LLC) and Columbia Management Advisors, Inc.*

Of Counsel:
Adam J. Wasserman
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
Phone: (212) 698-3500
Fax:    (212) 698-3599

Dated: July 22, 2005