IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated<br><br>      Plaintiff,<br><br>v.<br><br>COLUMBIA MANAGEMENT GROUP, INC. AND<br>COLUMBIA MANAGEMENT ADVISORS, INC., ET AL.,<br>      Defendants. | C.A. No. 05-10065 PBS<br><br>ORAL ARGUMENT REQUESTED |

## MOTION TO DISMISS

Defendants Columbia Management Group, Inc. (n/k/a "Columbia Management Group, LLC") and Columbia Management Advisors, Inc. (the "Columbia Defendants"), pursuant to Rules 12(b)(6) and 23.1, Fed. R. Civ. P., move to dismiss this action with prejudice.[1] This motion is supported by Columbia Defendants' accompanying memorandum of law.

---

[1] On April 19, 2005, plaintiffs filed a Notice of Voluntary Dismissal, as to Columbia Wanger Asset Management, L.P. and the trustees associated with funds advised by that entity. On May 16, 2005, plaintiffs filed a second Notice of Voluntary Dismissal dismissing the other individual defendants from the case. Thus, the only remaining defendants are Columbia Management Advisors, Inc. (alleged to be an advisor to certain Columbia funds) (the "Advisor Defendant") and Columbia Management Group, Inc. (which is alleged to be the parent of the Advisor Defendant.

9927763.1.LITIGATION

Request for Oral Argument

Pursuant to Local Rule 7.1(D), Defendants request oral argument and believe that it will assist the Court in deciding the issues raised by this motion.

Certificate of Compliance with Local Rule 7.1(A)(2)

Counsel for Defendants hereby certify that they have conferred with counsel for Plaintiffs in a good faith effort to resolve and/or narrow the issues presented herein.

*Frances S. Cohen*

Frances S. Cohen
Erica L. Hovani
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116

*Counsel for Defendants Columbia Management Group, Inc. (n/k/a "Columbia Management Group, LLC") and Columbia Management Advisors, Inc.*

Of Counsel:
Adam J. Wasserman
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-220
Phone: (212) 698-3500
Fax:    (212) 698-3599

Dated:   Boston, Massachusetts
         July 22, 2005

## CERTIFICATE OF SERVICE

I, Erica L. Hovani, hereby certify that I caused a true copy of the Motion to Dismiss, dated July 22, 2005; the Memorandum of Law in support of Defendants' Motion and the exhibits annexed thereto; and a Motion to File a Brief in Excess of 20 pages, to be served, on the 22nd day of July, 2005, upon the following attorneys for the plaintiff by the method indicated below:

David Pastor
Gilman and Pastor LLP
60 State Street
37th Floor
Boston, Massachusetts 02109-1800
(By Federal Express)

Randall K. Pulliam, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219-4281
(By Federal Express)

J. Allen Carney, Esq.
Cauley Bowman Carney & Williams, LLP
11311 Arcade Drive
Suite 200
Little Rock, Arkansas 72212
(By Federal Express)

*Attorneys for the Plaintiff*

_____
Erica L. Hovani

Dated July 22, 2005