UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA MANAGEMENT GROUP, INC. AND COLUMBIA MANAGEMENT ADVISORS, INC., ET AL.,<br><br>Defendants. | C.A. No. 05-10065 PBS |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS COLUMBIA MANAGEMENT GROUP, INC. AND COLUMBIA MANAGEMENT ADVISORS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Columbia Management Group, Inc. and Columbia Management Advisors, Inc. state that they are non-governmental corporate parties.

Effective June 15, 2005, Columbia Management Group, Inc. converted into a Delaware limited liability company. It is now known as Columbia Management Group, LLC. Columbia Management Group, LLC is a wholly owned subsidiary of Bank of America, NA, which is not a publicly held corporation. Bank of America, NA's ultimate parent company is Bank of America Corporation, a publicly held corporation.

Columbia Management Advisors, Inc. is wholly owned by Columbia Management Group, LLC, whose corporate ownership structure is described above.

*[signature: Frances S. Cohen]*

Frances S. Cohen
Erica L. Hovani
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
Phone: (617) 728-7100
Fax:   (617) 426-6567

*Counsel for Defendants Columbia Management Group, Inc. (n/k/a "Columbia Management Group, LLC") and Columbia Management Advisors, Inc.*

Of Counsel:
Adam J. Wasserman
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
Phone: (212) 698-3500
Fax:   (212) 698-3599

Dated: July 22, 2005

## CERTIFICATE OF SERVICE

I, Erica L. Hovani, hereby certify that I caused a true copy of the Rule 7.1 Disclosure Statement of Defendants Columbia Management Group, Inc. And Columbia Management Advisors, Inc. to be served, on the 22nd day of July, 2005, upon the following attorneys for the plaintiff by the method indicated below:

> David Pastor
> Gilman and Pastor LLP
> 60 State Street
> 37th Floor
> Boston, Massachusetts 02109-1800
> (By Federal Express)
>
> Randall K. Pulliam, Esq.
> Baron & Budd, P.C.
> 3102 Oak Lawn Avenue
> Suite 1100
> Dallas, Texas 75219-4281
> (By Federal Express)
>
> J. Allen Carney, Esq.
> Cauley Bowman Carney & Williams, LLP
> 11311 Arcade Drive
> Suite 200
> Little Rock, Arkansas 72212
> (By Federal Express)
>
> *Attorneys for the Plaintiff*

*[signature]*
Erica L. Hovani

Dated July 22, 2005