UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MARGARET EISER, LEO A. GUTHART, JEROME KAHN, JR., STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN, ROBERT E. NASON, JOHN A. WING, CHARLES P. MCQUAID, RALPH WANGER, COLUMBIA MANAGEMENT GROUP, INC., COLUMBIA MANAGEMENT ADVISORS, INC., COLUMBIA WANGER ASSET MANAGEMENT, L.P., and JOHN DOES NO. 1 through 100,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  Case No. 05-10065 (PBS)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**SECOND ASSENTED-TO MOTION TO EXTEND TIME TO
RESPOND TO MOTION TO DISMISS**

Plaintiffs, Jackie Lefler and Fred Salmo ("Plaintiffs") file this assented-to motion to extend the time to respond to the Defendants' Motion to Dismiss, to up to and including October 27, 2005. As grounds for this motion, Plaintiffs assert that they need additional time to allow the parties to continue to explore the possibility of resolving this case without the need for further litigation.

WHEREFORE, Plaintiffs request that their motion be allowed, that their time to respond to the Motion to Dismiss be extended up to and including October 27, 2005, and that this Court grant such other and further relief as it deems just and proper.

00006456.WPD ; 1

JACKIE LEFLER and FRED SALMO, on Behalf
Of Themselves and All Others Similarly Situated

By their attorneys,


/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
(617) 742-9700
(617) 742-9701 (fax)


Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

Dated: September 27, 2005

**Local Rule 7.1(A)(2) Certification**

      I hereby certify that counsel for the Plaintiffs conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the Defendant has assented to this motion.

| | |
|---|---|
| Dated: September 27, 2005 | /s/ David Pastor |
| | David Pastor |

00006456.WPD ; 1