UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKIE LEFLER and FRED SALMO, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>DOUGLAS A. HACKER, JANET LANGFORD KELLY, RICHARD W. LOWRY, CHARLES R. NELSON, JOHN J. NEUHAUSER, PATRICK J. SIMPSON, THOMAS E. STITZEL, THOMAS C. THEOBALD, ANNE-LEE VERVILLE, RICHARD L. WOOLWORTH, MARGARET EISER, LEO A. GUTHART, JEROME KAHN, JR., STEVEN N. KAPLAN, DAVID C. KLEINMAN, ALLAN B. MUCHIN, ROBERT E. NASON, JOHN A. WING, WILLIAM E. MAYER, CHARLES P. MCQUAID, RALPH WANGER, COLUMBIA MANAGEMENT GROUP, INC., COLUMBIA MANAGEMENT ADVISORS, INC., COLUMBIA WANGER ASSET MANAGEMENT, LP, and JOHN DOES NO. 1 through 100,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 05-10065 (PBS)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

JURY TRIAL DEMANDED

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to Fed. R. Civ. 41(a), plaintiffs Jackie Lefler and Fred Salmo hereby dismiss this action, which has not been certified as a class action, as to all defendants and all claims, without prejudice, with each party to bear its own costs and attorney's fees. Plaintiffs' Counsel no longer

seeks to represent the putative class as defined in Plaintiffs' Complaint filed in this matter. Defendants consent to the filing of this notice.

Dated: November 4, 2005.                    RESPECTFULLY SUBMITTED,


                                            /s/ David Pastor
                                            David Pastor (BBO #391000)
                                            GILMAN & PASTOR, LLP
                                            60 State Street, 37th Floor
                                            Boston, MA 02109
                                            (617) 742-9700
                                            (617) 742-9701 fax


                                            Randall K. Pulliam
                                            BARON & BUDD, P.C.
                                            3102 Oak Lawn Ave.
                                            Suite 1100
                                            Dallas, Texas 75219-4281
                                            (214) 521-3605
                                            (214) 520-1181 fax


                                            J. Allen Carney
                                            Hank Bates
                                            CAULEY BOWMAN CARNEY & WILLIAMS, LLP

                                            11311 Arcade Dr.
                                            Suite 200
                                            Little Rock, Arkansas 72212
                                            (501) 312-8500
                                            (501) 312-8505 fax


    IT IS SO ORDERED.

_____
U.S. District Judge

00006939.WPD ; 1